458

Time to perfect appeal extended to August 1, 1961. Motion in all other respects denied.

(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. LONG, JR., Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. KAHLER, JR., Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON TROCHE, Appellant.— [In each action] Time to perfect appeal extended to the term to commence September 6, 1961.

ELI BESEN, Individually and Doing Business as LAKE ESTATES, Respondent-Appellant, v. NEW YORK STATE THRUWAY AUTHORITY et al., Appellants-Respondents.— Motion for extension of time to perfect appeal granted, upon condition appellant shall file and serve record, brief and note of issue on or before August 7, 1961, and be ready for argument at the term to commence September 6, 1961.

OLGA SINDONE, Appellant, v. LA SALA BROS., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Application for extension of time to perfect appeal to the September 1961 Term. Application granted.

PEERLESS CASUALTY COMPANY, Appellant, v. JOHN BORDI, Respondent. — Motion to modify the order of this court, granted January 25, 1961, to provide that the record and appellant's brief be filed and served 15 days after the receipt of the minutes. Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. GERALD H. ROGERS, Defendant.—

Time to perfect appeal extended to the term to commence September 6, 1961.

In the Matter of the Construction of the Will of MICHAEL G. FARHART, Deceased.— Application for extension of time to file brief and note of issue. Application granted and time extended for 30 days.

(A) MORRIS NEWMARK, as Trustee, Appellant, v. NATIONAL BANK AND TRUST COMPANY OF NORWICH et al., Respondents. (B) NATIONAL BANK AND TRUST COMPANY OF NORWICH, Respondent, v. MAYDOLE HAMMER CORPORATION et al., Appellants. (C) NATIONAL BANK AND TRUST COMPANY OF NORWICH, Respondent, v. DAVID MAYDOLE TOOL CORPORATION, Appellant.— [In each action] Motions for extension of time to perfect appeals denied and appeals dismissed, without costs.

CLIFFORD DURHAM et al., as Administrators of the Estate of ANTHONY L. DURHAM, Deceased, Respondents, v. LEO T. MELLY et al., as Executors of CLIFFORD C. THOMAS, Deceased, et al., Appellants.— Motion for an extension of time to perfect appeal. Motion granted, without costs, and time to perfect appeal extended to the term to commence September 6, 1961.

ETHEL M. KROM, as Limited Administratrix of the Estate of LEON KROM, Deceased, Appellant, v. SHARP & DOHME, INC., Respondent.— Motion for reargument denied, without costs.

ANTONINA BANACH, Appellant, v. HOME GAS COMPANY, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs.

LILLIAN F. PORINGER, as Administratrix D. B. N. of the Estate of HELEN F. BRODY, Deceased, Appellant, v. MEYER W. BRODY, Respondent.— Motion for reargument or permission to appeal to the Court of Appeals denied, without costs. Application for stay granted, and stay continued pending application to the Court of Appeals.

(A) STATE BANK OF ALBANY, Respondent, v. DAN-BAR CONTRACTING CO., INC., et al., Defendants, and MARYLAND CASUALTY COMPANY, Appellant. (Action No. 1.) MARYLAND CASUALTY COMPANY, as Assignee of F. J. CROISSANT,

Appellant, v. ALLIED CHEMICAL AND DYE CORPORATION (BARRETT DIVISION) et al., Defendants, and STATE BANK OF ALBANY, Respondent. (Action No. 2.) STATE BANK OF ALBANY, Respondent, v. DAN-BAR CONTRACTING CO., INC., et al., Defendants, and MARYLAND CASUALTY COMPANY, Appellant. (Action No. 3.) F. J. CROISSANT, Respondent, v. DAN-BAR CONTRACTING CO., INC., et al., Defendants, and MARYLAND CASUALTY COMPANY, Appellant. (Action No. 4.) (B) In the Matter of MARSHALL V. LEWIS, JR., Appellant, v. BOARD OF TRUSTEES OF THE VILLAGE OF CANAJOHARIE, Respondent.— [In each action] Motion for permission to appeal to the Court of Appeals denied, without costs.

■ In the Matter of F. CLYDE EGGLESTON, as Broome County Clerk.— Application, verified April 12, 1961, pursuant to the provisions of section 89 of the Judiciary Law, as amended, for permission to destroy or otherwise dispose of certain papers, books and records of the Broome County Clerk's office, as set forth in such application. Application granted.

■ In the Matter of the Claim of WALTER DMYTHRESHIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion by Howard A. Levine, Esq., heretofore appointed to represent the claimant-respondent herein for an order fixing his fees and disbursements. Motion granted and his fee is hereby allowed and fixed in the sum of $100 and his disbursements are allowed in the sum of $7, pursuant to section 538 of the Labor Law.

■ In the Matter of the Claim of THOMAS J. GILMARTIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion by Howard A. Levine, Esq., heretofore appointed to represent the claimant-respondent herein for an order fixing his fees and disbursements. Motion granted and his fee is hereby allowed and fixed in the sum of $100 and his disbursements are allowed in the sum of $6, pursuant to section 538 of the Labor Law.

■ ADELE PACILLI et al., Respondents, v. ANTONETTE CASTANO et al., Appellants.— Motion to vacate or amend order of this court entered February 17, 1961. Motion granted and the time of the appellant to file and serve record, brief and note of issue is extended to August 7, 1961; appellant to be ready for argument at the term to commence September 6, 1961.

■ In the Matter of WELCH-ALLEN, INC., Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for an order amending the decision handed down March 21, 1961, by deleting therefrom the words " against the Unemployment Insurance Appeal Board." (13 A D 2d 594, 595.) Motion granted, without costs.

■ In the Matter of the Final Accounting of MAXINE BEEMAN et al., as Administrators of the Estate of ANNA M. UTTER, Deceased, Appellants. JOE SCHAPIRO, as Attorney for DAVID B. UTTER, SR., Respondent.— Motion for reargument of a motion to dismiss appeal and upon reargument to dismiss the appeal. Motion denied, without costs.

■ TOMLINSON BROS. LIMITED, Respondent, v. STATE OF NEW YORK et al., Appellants.— Motion to dismiss appeal on the ground the order is not appealable. Motion denied, without costs, and without prejudice to the renewal of the motion upon the argument of the appeal.

■ RICHARD J. McDERMOTT, as Administrator of the Estate of LUCILLE BURNS, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion to substitute Louise Gallo McDermott, as administratrix of the goods, chattels and credits of Lucille Burns, deceased, as plaintiff-appellant in place and stead of Richard J. McDermott, as administrator of the goods, chattels and credits of Lucille Burns, deceased, as plaintiff-appellant. Motion granted, without costs.

■ In the Matter of the Claim of ARMOUND WILLIAMS, Respondent, v. L & J PAINTING CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD,